Jeremy J. Nork, Esq.
Nevada Bar No. 4017
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
706-669-4650 – fax
jnork@hollandhart.com
nelovelock@hollandhart.com

*Attorneys for Plaintiff*

# UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAHRUMP 194, LLC, a Nevada limited liability company; TODD A. NIGRO, an individual; JULIE KOENTOPP, an individual; MICHAEL E. NIGRO, an individual; MARGARET NIGRO, an individual; NIGRO INFINITY PLUS, LLC, a Nevada limited liability company; INFINITY PLUS, LLC, a Nevada limited liability company; NIGRO DEVELOPMENT, LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:12-cv-01462-JCM-VCF<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE BRIEFS REGARDING FAIR MARKET VALUE**<br><br>**(SECOND REQUEST)** |

/ / /

/ / /

Page 1 of 2

7775529_1

1  Plaintiff and Defendants, by and through their undersigned counsel of record, hereby
2  stipulate to extend the deadline to file response briefs regarding the fair market value that is
3  currently due on May 11, 2015 to **May 18, 2015.** This request will not prejudice any party and
4  is made without the purpose of delay, but to accommodate the schedule of counsel and to allow
5  sufficient time to prepare the response brief. Furthermore, the parties make this stipulation in
6  good faith and there is good cause for the Court to approve this stipulation in order to
7  accommodate the schedule of counsel.

Dated this 8th of May 2015.

HOLLAND & HART LLP

By /s/
Jeremy J. Nork, Bar No. 4017
Nicole E. Lovelock, Bar No. 11187
9555 Hillwood Drive
Second Floor
Las Vegas, Nevada  89134

*Attorneys for Plaintiff*

Dated this 8th of May 2015.

MORRIS LAW GROUP

By:  */s/ Joni Jamison*
Robert McCoy, Bar No. 9121
Joni A. Jamison, Bar No. 11614
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101

*Attorneys for Defendants*

IT IS SO ORDERED:

Dated this 11th day of May 2015.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate