# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY,<br><br>              Plaintiff,<br><br>vs.<br><br>PAHRUMP 194, LLC, *et al.*,<br><br>              Defendants. | 2:12-cv-01462-JCM-VCF<br>**ORDER** |

Before the court is *Branch Banking and Trust Company vs. Pahrump 194, LLC, et al.*, case number 2:12-cv-01462-JCM-VCF. Pursuant to NRS § 40.457(1), the court must hold an evidentiary hearing to determine the fair market value at the time of the foreclosure sale.

Accordingly,

IT IS HEREBY ORDERED that an evidentiary hearing is scheduled for 3:30 p.m., June 25, 2015, in courtroom 3D.

DATED this 10th day of June, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE