MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Joni A. Jamison, Bar No. 11614
Email: jaj@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PAHRUMP 194, LLC, a Nevada limited liability company; TODD A. NIGRO, an individual; JULIE KOENTOPP, an individual; MICHAEL E. NIGRO, an individual; MARGARET NIGRO, an individual; NIGRO INFINITY PLUS, LLC, a Nevada limited liability company; INFINITY PLUS, LLC, a Nevada limited liability company; NIGRO DEVELOPMENT, LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:12-cv-01462-JCM-VCF<br><br>**STIPULATION AND ORDER TO RESCHEDULE EVIDENTIARY HEARING**<br><br>**(FIRST REQUEST)** |

    On June 10, 2015, the Court scheduled an evidentiary hearing to determine the fair market value of the property at the time of the foreclosure sale for June 25, 2015 at 3:30 p.m. (#71).

Due to a scheduling conflict and the unavailability of an expert witness, the parties stipulate to reschedule the evidentiary hearing and request that the Court consider one of the following dates for the rescheduled hearing (listed in order of the parties' preference):

(1) July 29, 2015;
(2) July 28, 2015;
(3) July 16, 2015; or
(4) July 15, 2015.

The parties believe the evidentiary hearing will take one day.

This stipulation is made in good faith and not for the purpose of delay. The parties submit that the witness's scheduling conflict constitutes good cause to reschedule the evidentiary hearing for one of the dates listed above.

| HOLLAND & HART LLP | MORRIS LAW GROUP |
|---|---|
| By /s/ Jeremy J. Nork<br>Jeremy J. Nork, No. 4017<br>Nicole E. Lovelock, No. 11187<br>9555 Hillwood Drive<br>Second Floor<br>Las Vegas, Nevada 89134 | By /s/ Joni A. Jamison<br>Robert McCoy, No. 9121<br>Joni A. Jamison, No. 11614<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 |
| Attorneys for Plaintiff | Attorneys for Defendants |

## ORDER

IT IS SO ORDERED. The evidentiary hearing is rescheduled for July 28, 2015 at 10:00 a.m. in Courtroom 3D

_____
UNITED STATES MAGISTRATE JUDGE
DATE: June 17, 2015

2