MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Joni A. Jamison, Bar No. 11614
Email: jaj@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,

  Plaintiff,

v.

PAHRUMP 194, LLC, a Nevada limited liability company; TODD A. NIGRO, an individual; JULIE KOENTOPP, an individual; MICHAEL E. NIGRO, an individual; MARGARET NIGRO, an individual; NIGRO INFINITY PLUS, LLC, a Nevada limited liability company; INFINITY PLUS, LLC, a Nevada limited liability company; NIGRO DEVELOPMENT, LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,

  Defendants.

Case No. 2:12-cv-01462-JCM-VCF

**JOINT STATEMENT PURSUANT TO COURT'S JULY 29, 2015 MINUTE ORDER**

Pursuant to the Court's July 29, 2015 Minute Order (#76), the parties submit this Joint Statement, and propose the following briefing schedule for (1) Defendants' motion to exclude the testimony of BB&T's

expert, Tio DiFederico, and (2) the parties' closing arguments for the evidentiary hearing that was held on July 28, 2015:

    1. Defendants shall file their opening brief on their motion to exclude Mr. DiFederico's testimony by September 11, 2015. BB&T shall file its response by September 25, 2015. Defendants shall file their reply brief by October 2, 2015.

    2. BB&T shall file its closing argument brief by September 11, 2015. Defendants shall file their closing argument brief by September 25, 2015. BB&T shall file its reply brief by October 2, 2015.

    3. Concerning the admission of Exhibit 36, which was conditionally admitted at the evidentiary hearing, Defendants have agreed to withdraw the exhibit, and there is no need for it to be admitted.

| HOLLAND & HART LLP | MORRIS LAW GROUP |
|---|---|
| By /s/ Jeremy J. Nork | By: /s/ Joni Jamison |
| Jeremy J. Nork, Bar No. 4017<br>Nicole E. Lovelock, Bar No. 11187<br>9555 Hillwood Drive<br>Second Floor<br>Las Vegas, Nevada 89134 | Robert McCoy, Bar No. 9121<br>Joni A. Jamison, Bar No. 11614<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 |
| Attorneys for Plaintiff | Attorneys for Defendants |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: August 17, 2015