Jeremy J. Nork, Esq.
Nevada Bar No. 4017
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
706-669-4650 – fax
jnork@hollandhart.com
nelovelock@hollandhart.com

*Attorneys for Plaintiff*

# UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAHRUMP 194, LLC, a Nevada limited liability company; TODD A. NIGRO, an individual; JULIE KOENTOPP, an individual; MICHAEL E. NIGRO, an individual; MARGARET NIGRO, an individual; NIGRO INFINITY PLUS, LLC, a Nevada limited liability company; INFINITY PLUS, LLC, a Nevada limited liability company; NIGRO DEVELOPMENT, LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:12-cv-01462-JCM-VCF<br><br>**STIPULATION TO EXTEND DEADLINES SET FORTH IN JOINT STATEMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff and Defendants, by and through their undersigned counsel of record, hereby stipulate to extend the deadlines set forth in the Order Granting Joint Statement (Dkt. 80) as set forth below:

1. Defendants were to file their opening brief on the motion to exclude Mr. DiFederico's testimony by September 11, 2015, Plaintiff was to file a response by September 25, 2015, and Defendants were to file a reply by October 2, 2015. The parties stipulate to extend all deadlines two weeks, with Defendants' opening brief to be filed on or before

8060848_1

1  **September 25, 2014**, Plaintiff to file a response on or before **October 9, 2015**, and Defendants
2  to file a reply on or before **October 16, 2015**.

3      2.    Plaintiff was to file its closing brief by September 11, 2015, Defendants were to
4  file a response by September 25, 2015, and Plaintiff was to file a reply by October 2, 2015. The
5  parties stipulate to extend all deadlines two weeks, with Plaintiff's closing brief to be filed on or
6  before **September 25, 2014**, Defendants to file a response on or before **October 9, 2015**, and
7  Plaintiff to file a reply on or before **October 16, 2015**.

8      This request will not prejudice any party and is made without the purpose of delay, but
9  to accommodate the schedule of counsel and to allow sufficient time to prepare the briefs.
10 Furthermore, the parties make this stipulation in good faith and there is good cause for the Court
11 to approve this stipulation in order to accommodate the schedule of counsel.

Dated this 11th of September 2015.

HOLLAND & HART LLP

By /s/ _____
   Jeremy J. Nork, Bar No. 4017
   Nicole E. Lovelock, Bar No. 11187
   9555 Hillwood Drive
   Second Floor
   Las Vegas, Nevada 89134

*Attorneys for Plaintiff*

Dated this 11th of September 2015.

MORRIS LAW GROUP

By: /s/ Joni Jamison_____
   Robert McCoy, Bar No. 9121
   Joni A. Jamison, Bar No. 11614
   900 Bank of America Plaza
   300 South Fourth Street
   Las Vegas, Nevada 89101

*Attorneys for Defendants*

IT IS SO ORDERED:

Dated this 14th day of September 2015.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                    Magistrate

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NEVADA 89134