Jeremy J. Nork, Esq.
Nevada Bar No. 4017
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
706-669-4650 – fax
jnork@hollandhart.com
nelovelock@hollandhart.com

*Attorneys for Plaintiff*

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>              Plaintiff,<br><br>v.<br><br>PAHRUMP 194, LLC, a Nevada limited liability company; TODD A. NIGRO, an individual; JULIE KOENTOPP, an individual; MICHAEL E. NIGRO, an individual; MARGARET NIGRO, an individual; NIGRO INFINITY PLUS, LLC, a Nevada limited liability company; INFINITY PLUS, LLC, a Nevada limited liability company; NIGRO DEVELOPMENT, LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive.<br><br>              Defendants. | CASE NO. 2:12-cv-01462-JCM-VCF<br><br>**STIPULATION TO EXTEND DEADLINES SET FORTH IN JOINT STATEMENT**<br><br>**(SECOND REQUEST)** |

    Plaintiff and Defendants, by and through their undersigned counsel of record, hereby stipulate to extend the deadlines set forth in the Order Granting Joint Statement (Dkt. 80) as set forth below:

    1.    Defendants were to file their opening brief on the motion to exclude Mr. DiFederico's testimony by September 25, 2015, Plaintiff was to file a response by October 9, 2015, and Defendants were to file a reply by October 16, 2015. The parties stipulate to extend all deadlines two weeks, with Defendants' opening brief to be filed on or before **October 9,**

8092245_1

1 **2014**, Plaintiff to file a response on or before **October 23, 2015**, and Defendants to file a reply on or before **October 29, 2015**.

2.   Plaintiff was to file its closing brief by September 25, 2015, Defendants were to file a response by October 9, 2015, and Plaintiff was to file a reply by October 16, 2015. The parties stipulate to extend all deadlines two weeks, with Plaintiff's closing brief to be filed on or before **October 9**, Defendants to file a response on or before **October 23, 2015**, and Plaintiff to file a reply on or before **October 29, 2015**.

This request will not prejudice any party and is made without the purpose of delay, but to accommodate the schedule of counsel and to allow sufficient time to prepare the briefs. Furthermore, the parties make this stipulation in good faith and there is good cause for the Court to approve this stipulation in order to accommodate the schedule of counsel.

Dated this 24th of September 2015.

HOLLAND & HART LLP

By _____
   Jeremy J. Nork, Bar No. 4017
   Nicole E. Lovelock, Bar No. 11187
   9555 Hillwood Drive
   Second Floor
   Las Vegas, Nevada  89134

*Attorneys for Plaintiff*

Dated this 24th of September 2015.

MORRIS LAW GROUP

By: /s/ Joni A. Jamison
   Robert McCoy, Bar No. 9121
   Joni A. Jamison, Bar No. 11614
   900 Bank of America Plaza
   300 South Fourth Street
   Las Vegas, Nevada  89101

*Attorneys for Defendants*

IT IS SO ORDERED:

Dated this 25th day of September 2015.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

8092245_1