Jeremy J. Nork, Esq.
Nevada Bar No. 4017
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
706-669-4650 – fax
jnork@hollandhart.com
nelovelock@hollandhart.com

*Attorneys for Plaintiff*

# UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAHRUMP 194, LLC, a Nevada limited liability company; TODD A. NIGRO, an individual; JULIE KOENTOPP, an individual; MICHAEL E. NIGRO, an individual; MARGARET NIGRO, an individual; NIGRO INFINITY PLUS, LLC, a Nevada limited liability company; INFINITY PLUS, LLC, a Nevada limited liability company; NIGRO DEVELOPMENT, LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:12-cv-01462-JCM-VCF<br><br>**STIPULATION TO EXTEND DEADLINES SET FORTH IN JOINT STATEMENT**<br><br>**(THIRD REQUEST)** |

    Plaintiff and Defendants, by and through their undersigned counsel of record, hereby stipulate to extend the deadlines set forth in the Order Granting Joint Statement (Dkt. 80) as set forth below:

    1.    Defendants were to file their opening brief on the motion to exclude Mr. DiFederico's testimony by October 23, 2015 and the parties stipulate to file said brief by October 26, 2015.

8171747_1

2.	Plaintiff was to file its closing brief by October 23, 2015 and the parties stipulate to file said brief by October 26, 2015.

This request will not prejudice any party and is made without the purpose of delay, but to accommodate the schedule of counsel and to allow sufficient time to prepare the briefs. Furthermore, the parties make this stipulation in good faith and there is good cause for the Court to approve this stipulation in order to accommodate the schedule of counsel.

Dated this 23rd of October 2015.

HOLLAND & HART LLP

By: _____ NBN 10500
Jeremy J. Nork, Bar No. 4017  for
Nicole E. Lovelock, Bar No. 11187
9555 Hillwood Drive
Second Floor
Las Vegas, Nevada  89134

*Attorneys for Plaintiff*

Dated this 23rd of October 2015.

MORRIS LAW GROUP

By: _/s/ Robert McCoy_____
Robert McCoy, Bar No. 9121
Joni A. Jamison, Bar No. 11614
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101

*Attorneys for Defendants*

IT IS SO ORDERED:
Dated this 27th day of October 2015.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

8171747_1