Jeremy J. Nork, Esq.
Nevada Bar No. 4017
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
706-669-4650 – fax
jnork@hollandhart.com
nelovelock@hollandhart.com

*Attorneys for Plaintiff*

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NEVADA 89134

**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,

Plaintiff,

v.

PAHRUMP 194, LLC, a Nevada limited liability company; TODD A. NIGRO, an individual; JULIE KOENTOPP, an individual; MICHAEL E. NIGRO, an individual; MARGARET NIGRO, an individual; NIGRO INFINITY PLUS, LLC, a Nevada limited liability company; INFINITY PLUS, LLC, a Nevada limited liability company; NIGRO DEVELOPMENT, LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive.

Defendants.

CASE NO. 2:12-cv-01462-JCM-VCF

**STIPULATION TO EXTEND OPPOSITION AND REPLY DEADLINE**

**(FIRST REQUEST)**

Plaintiff and Defendants, by and through their undersigned counsel of record, hereby stipulate to extend the deadline of Plaintiff to respond to Defendants' Motion to Set Remaining Issues for Trial (Dkt. 103) from March 4, 2016 to **March 7, 2016** and Defendants shall reply thereto on or before **March 21, 2016**.

/ / /

/ / /

This request will not prejudice any party and is made without the purpose of delay, but to accommodate the schedule of counsel. Furthermore, the parties make this stipulation in good faith and there is good cause for the Court to approve this stipulation in order to accommodate the schedule of counsel.

Dated this 4th of March 2016.

HOLLAND & HART LLP

By________________________
Jeremy J. Nork, Bar No. 4017
Nicole E. Lovelock, Bar No. 11187
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiff*

Dated this 4th of March 2016.

KAEMPFER CROWELL

By: */s/ Joni Jamison*
Robert McCoy, Bar No. 9121
Joni Jamison, Bar No. 11614
19880 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorneys for Defendants*

IT IS SO ORDERED:

Dated March 14, 2016.

________________________
UNITED STATES DISTRICT JUDGE

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NEVADA 89134

8542708_1