AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Branch Banking & Trust Company

Plaintiff,

V.

Pahrump 194, LLC; Todd A. Nigro; Juli Koentopp; Michael E. Nigro; Margaret

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-1462-JCM-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment is hereby entered in favor of Plaintiff against all Defendants in the amount of $17, 959, 003.07.

FURTHER ORDERED that judgment shall accrue at the rate of fifteen percent annum from date of judgment until paid in full.

FURTHER ORDERED that Plaintiff is entitled to reasonable attorney's fees and costs to be determined by this Court.

July 6, 2016

Date

/s/ Lance S. Wilson

Clerk

/s/ Justin Matott

(By) Deputy Clerk